Case 2:22-mj-00646 Document 20 Filed on 06/03/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MJ ACTION NO. 2:22-MJ-00646-003 |
| § | |
| MARGARITA SOLEDAD MEDINA- § | |
| ZAVALA § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence against this defendant is strong. The defendant is not a citizen of the United States. The defendant is in the United States unlawfully and does not have status to remain in the United States. The defendant was engaged in human smuggling activities while unlawfully present in the United States. The defendant has shown she is either unwilling or unable to comply with the laws of the United States. The undersigned finds the defendant is unlikely to comply with conditions of release. Additionally, the immigration authorities have placed an immigration detainer on this defendant. The defendant is a poor candidate for bond. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on June 3, 2022.

_____
Jason B. Libby
United States Magistrate Judge